# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOSSIE GALLIZIA and RAUL GARCIA, § § § §<br><br>Plaintiffs, §<br>§<br>v. §<br>§<br>BAC HOME LOANS SERVICING, §<br>LP, §<br>§<br>Defendant. § § | Civil Action No. 3:11-cv-1403-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **9th day** of **September, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**