**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JOSSIE GALLIZIA and RAUL GARCIA,** § § § § | |
| Plaintiffs, § | |
| v. § | **Civil Action No. 3:11-cv-1403-O** |
| § § | |
| **BAC HOME LOANS SERVICING, LP,** § § § | |
| Defendant. § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **9th day** of **September, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**